DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PILLSBURY WINTHROP SHAW PITTMAN LLP,**
Appellant,

v.

**NORTH BROWARD HOSPITAL DISTRICT,**
Appellee.

No. 4D22-2439

[December 1, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE22004782.

Jennifer G. Altman of Pillsbury Winthrop Shaw Pittman LLP, Miami, for appellant.

Christopher J. Stearns and E. Bruce Johnson of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***